# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Cobbler Nevada, LLC, | ) |
| | ) |
| | ) Case No.: 1:15-cv-11876 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DOES 1-26, | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENAS
## PRIOR TO A RULE 26(f) CONFERENCE

Pursuant to Fed. R. Civ. P. 26(d)(1), and upon the attached: (1) Memorandum of Law in support of this motion; and (2) Declaration of Daniel Macek in support of this motion, Plaintiff respectfully moves for entry of an order granting it leave to serve third party subpoenas prior to a Rule 26(f) conference (the "Motion"). A proposed order is attached for the Court's convenience.

DATED: June 16, 2015

Respectfully submitted,

By: s/Paul J. Nicoletti
Paul Nicoletti (P-44419)
NICOLETTI LAW, PLC
33717 Woodward Avenue, Ste. #433
Birmingham, MI 48009
Landline: (248) 203-7800
eFax: (248) 928-7051
Email: pauljnicoletti@gmail.com
http://www.nicolettilawplc.com

ATTORNEY FOR PLAINTIFF
COBBLER NEVADA, LLC